FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV  89169
Telephone:  (702) 252-3131
Facsimile:  (702) 252-7411
E-Mail Address:  smahoney@laborlawyers.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH LEWIS, | ) |
| | ) Case No. 2:14-cv-01683-RFB-GWF |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| vs. | ) **EXTENDING TIME TO FILE** |
| | ) **DISCOVERY PLAN AND** |
| DELTA AIR LINES, INC. | ) **SCHEDULING ORDER** |
| | )     **(First Request)** |
| Defendant. | ) |
| _____ | ) |

　　　IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that they will have an extension of time up to and including February 9, 2015 to file a Discovery Plan and Scheduling Order.  A draft was prepared and proposed changes thereto have been circulated, but the parties will need additional time to finalize the document, especially since defense counsel will be out of the office on the present deadline of February 2, 2015.  This is the first request for an extension of

FPDOCS 30362888.1

- 1 –

1  this deadline.

2  STONE & WOODROW, LLP                FISHER & PHILLIPS LLP

3

4   /s/ Thatcher A. Stone, Esq.              /s/ Scott M. Mahoney, Esq.
    Thatcher A. Stone, Esq.                 Scott M. Mahoney, Esq.
5   250 West Main Street                    3800 Howard Hughes Pkwy
    Suite 201                               Suite 950
6   Charlottesville, VA 22902               Las Vegas, NV 89169
7   Attorney for Plaintiff                  Attorneys for Defendant

8
                                          IT IS SO ORDERED:
9

10
                                          _____
11                                        UNITED STATES MAGISTRATE JUDGE

12                                        Dated:  February 3, 2015