FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 South Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
Facsimile: (702) 252-7411
E-Mail Address: smahoney@laborlawyers.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH LEWIS, | ) |
| | ) Case No. 2:14-cv-01683-RFB-GWF |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| vs. | ) ALLOWING CERTAIN |
| | ) ADDITIONAL DEPOSITIONS TO |
| DELTA AIR LINES, INC. | ) OCCUR AFTER THE |
| | ) DISCOVERY DEADLINE |
| Defendant. | )          (Third Request) |
| | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that in addition to the depositions previously approved by the Court, the depositions of Defendant's rebuttal expert witness, Dr. Thomas Cargill, and the PMK for CVS Pharmacy may occur past the October 16, 2015 discovery deadline. Dr. Cargill is located in Reno, and various arrangements had to be made for his deposition, which has just been set for November 9. The CVS deposition was originally set for October 14, but due to a miscommunication between CVS and its resident agent, a witness did not appear. This is the third request for a discovery-related extension in this case.

- 1 –

31175185

This Stipulation and Order has been filed after the discovery deadline because the parties have just been able to finalize their agreements and arrangements regarding these matters.

| | |
|---|---|
| STONE & WOODROW, LLP | FISHER & PHILLIPS LLP |
| /s/ Thatcher A. Stone, Esq. | /s/ Scott M. Mahoney, Esq. |
| Thatcher A. Stone, Esq. | Scott M. Mahoney, Esq. |
| 250 West Main Street | 300 South Fourth Street |
| Suite 201 | Suite 1500 |
| Charlottesville, VA 22902 | Las Vegas, NV 89101 |
| Attorney for Plaintiff | Attorneys for Defendant |

IT IS SO ORDERED:

_/s/ George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

Dated: October 29, 2015

- 2 -

31175185