FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 South Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
Facsimile: (702) 252-7411
E-Mail Address: smahoney@laborlawyers.com

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH LEWIS, | ) |
| Plaintiff, | ) Case No. 2:14-cv-01683-RFB-GWF |
| vs. | ) **STIPULATION AND ORDER TO** |
| | ) **POSTPONE SUMMARY** |
| | ) **JUDGMENT FILING DEADLINE** |
| DELTA AIR LINES, INC. | ) **UNTIL AFTER A DECISION ON A** |
| | ) **PENDING DISCOVERY MOTION** |
| Defendant. | ) **(Third Request)** |
| | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that the dispositive motion deadline in this case be extended until 30 days after a ruling by the Magistrate Judge on Plaintiff's Motion Requesting an *In Camera* Review of Select Items from Defendant's Privilege Log (docket #41), which Plaintiff regards as important to any dispositive motions that might be filed. No further post-discovery deadline discovery will be conducted beyond what has already been approved by the Court (see, docket ##51 and 54). However, this does not preclude a party from bringing a motion regarding any discovery or expert report that has already been propounded or served. This is the third request for an extension of the dispositive

- 1 -

31276810

1 | motion deadline.

2 | STONE & WOODROW, LLP                    FISHER & PHILLIPS LLP

4 | /s/ Thatcher A. Stone, Esq.             /s/ Scott M. Mahoney, Esq.
    Thatcher A. Stone, Esq.                 Scott M. Mahoney, Esq.
5 | 250 West Main Street                    300 South Fourth Street
    Suite 201                                Suite 1500
6 | Charlottesville, VA 22902               Las Vegas, NV 89101
    Attorney for Plaintiff                  Attorneys for Defendant

IT IS SO ORDERED:

_____

RICHARD F. BOULWARE, II
United States District Judge

DATED this 14th day of December, 2015.

- 2 -

31276810