FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 South Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
Facsimile: (702) 252-7411
E-Mail Address: smahoney@laborlawyers.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH LEWIS, | ) |
| | ) Case No. 2:14-cv-01683-RFB-GWF |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER TO** |
| vs. | ) **POSTPONE SUMMARY** |
| | ) **JUDGMENT FILING DEADLINE** |
| DELTA AIR LINES, INC. | ) **UNTIL AFTER A FURTHER** |
| | ) **DECISION ON A PENDING** |
| Defendant. | ) **DISCOVERY MOTION** |
| | ) **(Fourth Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that the dispositive motion deadline in this case be extended until 30 days after a ruling by the Magistrate Judge on whether Defendant must provide certain privileged documents to Plaintiff. On December 23, 2015, the Magistrate Judge entered an Order (#57) that Defendant deliver certain privileged documents to him by January 4, 2016 for an *in camera* inspection, and will then rule on whether the documents must be provided to Plaintiff, who regards a decision on this issue as important to any dispositive motions that might be filed. This is the fourth request for an extension of

- 1 –

31330156

1 the dispositive motion deadline.

2 STONE & WOODROW, LLP                 FISHER & PHILLIPS LLP

3

4 /s/ Thatcher A. Stone, Esq.          /s/ Scott M. Mahoney, Esq.
   Thatcher A. Stone, Esq.              Scott M. Mahoney, Esq.
5  250 West Main Street                 300 South Fourth Street
   Suite 201                            Suite 1500
6  Charlottesville, VA 22902            Las Vegas, NV 89101
7  Attorney for Plaintiff               Attorneys for Defendant

8
                                        IT IS SO ORDERED:
9

10
                                        _____
11                                      GEORGE FOLEY, JR.
                                        United States Magistrate Judge
12
                                        Dated:  December 31, 2015
13

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

- 2 -

31330156