UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOSEPH LEWIS,

          Plaintiff,

vs.

DELTA AIR LINES, INC.,

          Defendant.

Case No. 2:14-cv-01683-RFB-GWF

**ORDER**

***In Camera*** **Review of Attorney-Client Communications**

       This matter is before the Court on Plaintiff's Motion Requesting an In Camera Review of Select Items From Defendant's Privilege Log (#41).  Pursuant to Order (#57), the Defendant submitted attorney-client communications for *in camera* review.  The Court has reviewed those documents and finds that they do not support a finding that the crime-fraud exception to the attorney-client privilege applies.  As set forth in Order (#57), the information otherwise presented to the Court does not support application of the crime-fraud exception by a preponderance of the evidence.

       **IT IS SO ORDERED.**

       DATED this 31st day of December, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge