**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH LEWIS, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:14-cv-01683-RFB-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| DELTA AIR LINES, INC., ) | ***In Camera*** **Review of Attorney-Client** |
| ) | **Communications** |
| Defendant. ) | |
| ) | |

This matter is before the Court on Plaintiff's Motion Requesting an In Camera Review of Select Items From Defendant's Privilege Log (#41). Pursuant to Order (#57), the Defendant submitted attorney-client communications for *in camera* review. The Court has reviewed those documents and finds that they do not support a finding that the crime-fraud exception to the attorney-client privilege applies. As set forth in Order (#57), the information otherwise presented to the Court does not support application of the crime-fraud exception by a preponderance of the evidence.

**IT IS SO ORDERED.**

DATED this 31st day of December, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge