RICHARD SEGERBLOM, ESQ.
Nevada Bar No. 1010
700 South Third Street
Las Vegas, Nevada 89101
Tel: (702) 388-9600
Fax: (702) 385-2909

THATCHER A. STONE, ESQ
Pro Hac Vice
Stone & Woodrow LLP
250 West Main Street
Suite 201
Charlottesville, Virginia 22902
Tel: (855) 275-7378
Fax: (646) 873-7529

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

-------------------------------------------------

JOSEPH LEWIS,

        Plaintiff,

vs.

DELTA AIR LINES, INC.,

        Defendant.

Civ. Action No. 2:14-cv-01683

US District Judge Richard F. Boulware, II

Magistrate Judge George Foley, Jr

## STIPULATION AND ORDER TO POSTPONE SUMMARY JUDGMENT FILING
## DEADLINE UNTIL FEBRUARY 8
### (Fourth Request)

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that the dispositive motion deadline for all parties in this case be extended until February 8, 2016. This is the fourth request for an extension of the dispositive motion deadline and it is being made at the Plaintiff's request due to the facts that Plaintiff's lead counsel is out of the country until February 1 and co-counsel is in the midst of what is being called an historic snowstorm and state of emergency in Virginia.

1

STONE & WOODROW LLP

__/s/ Thatcher A. Stone_____
Thatcher A. Stone, Esq.
250 West Main Street
Suite 201
Charlottesville, Virginia 22902
Attorney for Plaintiff

FISHER & PHILLIPS LLP

____/s/ Scott M. Mahoney_____
Scott M. Mahoney, Esq.
300 South Fourth Street
Suite 1500
Las Vegas, NV 89101
Attorney for Defendant


RICHARD SEGERBLOM LAW OFFICE

____/s/ Richard Segerblom_____

Richard Segerblom
700 South Third Street
Las Vegas, Nevada 89101
Attorney for Plaintiff


IT IS SO ORDERED:

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

DATED:  January 26, 2016