FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 South Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
Facsimile: (702) 252-7411
E-Mail Address: smahoney@laborlawyers.com

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH LEWIS, | ) |
| | ) Case No. 2:14-cv-01683-RFB-GWF |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER TO** |
| vs. | ) **EXTENDING TIME TO FILE** |
| | ) **SUMMARY JUDGMENT** |
| DELTA AIR LINES, INC. | ) **OPPOSITIONS** |
| | )         **(First Request)** |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant will have an extension of time up to and including March 10, 2016 to oppose Plaintiff's Motion for Summary Judgment (docket #67) and related documents (docket #73, 74 and 75) filed on February 8, 2016. This is the first request for an extension of this deadline. Additional time is needed because of the breadth of Plaintiff's filing and because defense counsel has commitments and deadlines in other cases.

IT IS FURTHER STIPULATED AND AGREED that Plaintiff will have an extension of time up to and including March 10, 2016 to oppose Defendant's Motion for Summary Judgment (docket #68) filed on February 8, 2016. This is the first request

- 1 -

31475125

for an extension of this deadline. Additional time is needed for the same reasons as Defendant, and the extension also keeps the parties' briefing due by the same date.

The due date for replies to oppositions will be set by the Court based on the filing date of the opposition.

| STONE & WOODROW, LLP | FISHER & PHILLIPS LLP |
|---|---|
| /s/ Thatcher A. Stone, Esq. | /s/ Scott M. Mahoney, Esq. |
| Thatcher A. Stone, Esq. | Scott M. Mahoney, Esq. |
| 250 West Main Street | 300 South Fourth Street |
| Suite 201 | Suite 1500 |
| Charlottesville, VA 22902 | Las Vegas, NV 89101 |
| Attorney for Plaintiff | Attorneys for Defendant |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
Dated: March 2, 2016.

- 2 -

31475125