FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 South Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com

Attorneys for Defendant,
Delta Air Lines, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH LEWIS, | ) |
| | ) Case No. 2:14-cv-01683-RFB-GWF |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| vs. | ) **EXTENDING THE TIME TO FILE** |
| | ) **A JOINT PRETRIAL ORDER** |
| DELTA AIR LINES, INC. | )     **(First Request)** |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that the parties will have an extension of time up to and including 45 days after the date of the Settlement Conference (currently scheduled for November 17, 2016) to file a Joint Pretrial Order in this case.  This is the first request for an extension of this deadline since the Court issued its Order relating to summary judgment on September 23 (ECF No. 91).  The parties do not wish to incur the expense of preparing a Joint Pretrial Order unless the lack of a settlement makes this necessary.  Defense counsel also has a case on a five-week stacked trial calendar running from November 7 to December 9, and would have little time to work on a Joint Pretrial Order within the present deadline.  The foregoing constitutes good cause for the extension of the

- 1 –

32268585

deadline.

STONE & WOODROW, LLP

/s/ Thatcher A. Stone, Esq.
Thatcher A. Stone, Esq.
250 West Main Street
Suite 201
Charlottesville, VA 22902
Attorney for Plaintiff

FISHER & PHILLIPS LLP

/s/ Scott M. Mahoney, Esq.
Scott M. Mahoney, Esq.
300 South Fourth Street
Suite 1500
Las Vegas, NV 89101
Attorneys for Defendant

IT IS SO ORDERED:

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

Dated: October 6, 2016

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

32268585

- 2 -