FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 South Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com

Attorneys for Defendant,
Delta Air Lines, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH LEWIS,<br><br>          Plaintiff,<br><br>vs.<br><br>DELTA AIR LINES, INC.<br><br>          Defendant. | Case No. 2:14-cv-01683-RFB-GWF<br><br>**STIPULATION AND ORDER EXTENDING THE TIME TO FILE A JOINT PRETRIAL ORDER**<br>        **(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that the parties will have an extension of time up to and including January 10, 2017 to file a Joint Pretrial Order in this case. This is the second request for an extension of this deadline since the Court issued its Order relating to summary judgment on September 23 (ECF No. 91).

Because of the possibility of settlement, the parties did not work on a Joint Pretrial Order until after the November 17, 2016 Settlement Conference. Thereafter, Plaintiff's counsel have been involved with a trial in another matter, and defense counsel currently faces the prospect of a trial occurring sometime during the course of a five-week stacked calendar starting on January 17, 2017. Defense counsel also presently has a Joint Pretrial Order due on December 30 in a case involving close to

- 1 -

32424762

20,000 pages of documents. This is in addition to the holidays and the various other deadlines and commitments that both counsel have in other matters. The foregoing constitutes good cause for the extension of the deadline.

| STONE & WOODROW, LLP | FISHER & PHILLIPS LLP |
|---|---|
| /s/ Thatcher A. Stone, Esq. | /s/ Scott M. Mahoney, Esq. |
| Thatcher A. Stone, Esq. | Scott M. Mahoney, Esq. |
| 250 West Main Street | 300 South Fourth Street |
| Suite 201 | Suite 1500 |
| Charlottesville, VA 22902 | Las Vegas, NV 89101 |
| Attorney for Plaintiff | Attorneys for Defendant |

IT IS SO ORDERED:

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

Dated: December 13, 2016

- 2 -

32424762